Case 1:07-cv-01852-ML-LDA Document 2 Filed 07/31/2007 Page 1 of 3

CASREF, CLOSED, ECF

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:07-cv-02098-BSJ-RLE

Katechis et al v. Davol Inc. et al
Assigned to: Judge Barbara S. Jones
Referred to: Magistrate Judge Ronald L. Ellis
Case in other court: State Court-Supreme, 007104-07
Cause: 28:1446 Notice of Removal

Date Filed: 03/12/2007
Date Terminated: 06/29/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Sophia Katechis** represented by **Andrew John Carboy, Sr**
Sullivan, Papain, Block, McGrath & Cannavo
120 Broadway, 18th Flr.
New York, NY 10271
(212) 732-9000
Fax: (212) 266-4141
Email: ACarboy@TrialLaw1.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Katechis** represented by **Andrew John Carboy, Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.** represented by **Samuel Joseph Abate, Jr**
Pepper Hamilton, LLP (NY)
420 Lexington Avenue
Suite 2320
New York, NY 10170
(212) 808-2706
Fax: (212) 738-9621
Email: abates@pepperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Samuel Joseph Abate, Jr**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2007 | 1 | NOTICE OF REMOVAL from Supreme Court, County of Bronx. Case Number: 007104-07. (Filing Fee $ 350.00, Receipt Number 608815).Document filed by Davol Inc., C.R. Bard, Inc..(jpo) (Entered: 03/13/2007) |
| 03/12/2007 | | Magistrate Judge Ronald L. Ellis is so designated. (jpo) (Entered: 03/13/2007) |
| 03/12/2007 | | Case Designated ECF. (jpo) (Entered: 03/13/2007) |
| 03/12/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying C.R. Bard, Inc. as Corporate Parent. Document filed by Davol Inc., C.R. Bard, Inc..(jpo) (Entered: 03/13/2007) |
| 03/16/2007 | 3 | DEMAND for Trial by Jury. Document filed by Sophia Katechis, Nicholas Katechis (Attachments: # 1 Affidavit of Service)(Carboy, Andrew) (Entered: 03/16/2007) |
| 03/19/2007 | 4 | ANSWER to Complaint. Document filed by Davol Inc., C.R. Bard, Inc.. (Abate, Samuel) (Entered: 03/19/2007) |
| 04/27/2007 | 5 | NOTICE OF CHANGE OF ADDRESS by Samuel Joseph Abate, Jr on behalf of Davol Inc., C.R. Bard, Inc.. New Address: Pepper Hamilton, LLP, 420 Lexington Avenue, Suite 2320, New York, New York, USA 10170, (212) 808-2700. (Abate, Samuel) (Entered: 04/27/2007) |
| 06/29/2007 | 6 | TRANSFER ORDER...It is therefore ordered, that pursuant to 28 U.S.C.1407, the actions listed on the attached Schedule A and pending outside the District of Rhode Island are transferred to the District of Rhode Island and, with the consent of that court, assigned to the Honorable Mary H. Lsi for coordinated or consolidated pretrial proceedings with the action pending there. (Signed by Judge MDL Panel on 6/22/07) (laq) (Entered: 07/09/2007) |
| 06/29/2007 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States District Court - District of Rhode Island. Emailed on 7/9/7. (laq) (Entered: 07/09/2007) |
| 07/13/2007 | 7 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (including scheduling, discovery, non-dispostive pretrial motions, and settlement). Referred to Magistrate Judge Ronald L. Ellis. (Signed by Judge Barbara S. Jones on 7/2/2007) (jmi) (Entered: 07/16/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/30/2007 11:03:51 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-02098-BSJ-RLE |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |